Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana
Civil Division

-FILED-

OCT 15 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Francisco M. Vazquez )
) Case No. 1:21CV387
) (to be filled in by the Clerk's Office)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
Officer Davis & ("see attached") )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Francisco M. Vazquez**
All other names by which you have been known:
ID Number: **793437**
Current Institution: **Allen County Jail**
Address: **417 S. Calhoun St.**
**Fort Wayne, IN 46802**
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: **Officer Davis**
Job or Title (if known): **Correction Officer**
Shield Number:
Employer: **Allen County Jail**
Address: **417 S. Calhoun St.**
**Fort Wayne, IN 46802**
City / State / Zip Code

[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: **See Attached Exhibits**
Job or Title (if known):
Shield Number:
Employer:
Address:

City / State / Zip Code

[ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: SEE ATTACHED
Job or Title (if known)
Shield Number
Employer
Address

City / State / Zip Code
☐ Individual capacity ☐ Official capacity

Defendant No. 4
Name: SEE ATTACHED
Job or Title (if known)
Shield Number
Employer
Address

City / State / Zip Code
☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE ATTACHED EXHIBITS

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_See Attached_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attached_

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_See Attached_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_See Attached_

C. What date and approximate time did the events giving rise to your claim(s) occur?

*See Attached*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attached*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See Attached*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See Attached*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*See Attached*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*See Attached*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   See Attached

2. What did you claim in your grievance?

   See Attached

3. What was the result, if any?

   See Attached

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   See Attached

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/30/21

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Francisco Vazquez
Prison Identification #: 793437
Prison Address: 417 S. Calhoun St.
Fort Wayne, IN 46802

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Page 11 of 11

UNITED STATES DISTRICT COURT
for the
Northern District of Indiana
Civil Division

CASE NO. 1:21CV387
(to be filled in by the Clerk)

Francisco M. Vazquez
(Plaintiff)

-v-

Allen County Jail
(Defendant)

David Gladieux
(Defendant)

ACJ Ofc. Tabb
(Defendant)

ACJ Ofc. A. Jones Schild
(Defendant)

COMPLAINT for VIOLATION of CIVIL RIGHTS
(PRISONER COMPLAINT)

I. The Parties to this Complaint
A. The Plaintiff

Francisco M. Vazquez
793437 : 1982
Allen County Jail

417 S. Calhoun St.
Fort Wayne, IN. 46802

B. The Defendants

Allen County Jail
417 S. Calhoun St.
Fort Wayne, IN. 46802
Official Capacity

David Gladieux
Allen County Sheriff

Allen County

Individual & Official Capacity

Ofc. Tabb
Correction Officer
C 870
Allen County Jail
417 S. Calhoun St.
Fort Wayne, IN. 46802
Individual Capacity

OFC. A. Jones Schild
Correction officer
C534
Allen County Jail
417 S. Calhoun St.
Fort Wayne, IN. 46802
Individual capacity

II. Basis for Jurisdiction

A. I am bringing suit against State or Local officials (a § 1983 claim).

B. I am suing under section 1983; the federal constitutional or statutory rights I claim are being violated by state or local officials: Title II of the Americans with Disabilities Act of 1990 (12131); as a mentally disabled person, I am being tortured. I need a hospital and am being denied. Have been sleeping on the floor for about 60 days. Am a victim of corporal punishment. Have been denied access to law and or legal means. Have not had recreation. Have been made to suffer by punishment of lock down & segregation in the dark under P.T.S.D./panic attack.

I AM BEING CHARGED FOR MEDICATIONS AND SICK CALLS WHEN I HAVE CHILDREN IN NEED AND NO MEANS OF SUPPORTING MY SELF. I AM BEING DISCRIMINATED AGAINST BY OFFICERS FOR MY ILLNESS AND MY LANGUAGE. COMMUNICATION WITH MY CHILDREN AND FAMILY IS KEY TO CALMING MY DISORDERS AND MY COMMUNICATION HAS BEEN RESTRICTED BY CORPORAL PUNISHMENT. OTHER INMATES ARE SICK WITH COVID-19 AND I HAVE NO MEANS TO PROTECT MYSELF; NO SANITIZER, NO THERMOMETER, NO DISINFECTANT, NO TESTS, NO VACCINES, ECT. ANOTHER INMATE NAMED PATRIC COOK, DIAGNOSED WITH PARANOID SCHIZOPHRENIA AND SOME FORM OF AUTISM, CANT READ OR WRITE, AND BELONGS IN A HOSPITAL JUST LIKE MANY SEVERELY MENTALLY DISABLED INMATES, ARE BEING TORTURED BY OFFICERS THAT ARE NOT TRAINED OR EQUIPED TO HANDLE OR TREAT MENTALLY DIAGNOSED PERSONS OF SUCH MAGNITUDE. THERE IS NO FRESH AIR OR ACCESS TO FRESH AIR OR SUN; COVID JUST CIRCULATES.

C. N/A

D. I AM SUING UNDER SECTION 1983, WHERE EACH DEFENDANT ACTED UNDER COLOR OF STATE OR LOCAL FOR THE FOLLOWING: OFC. TABB DID NOT ALLOW ME TO DO MY LEGAL WORK. OFC. A. JONES SCHILD ESCALATED MY ANXIETY BY ARGUING AND NOT GETTING ME MEDICAL ATTENTION ENDING IN A LOCK DOWN IN THE DARK WITH NO

regards to my medical needs. Sheriff David Gladieux admitted to knowing of these violations in an article in The Journal Gazette on Sep. 12, 2021. Sheriff Gladieux has done nothing knowing his staff is not trained for mental patients nor has he done anything about any other violations I am claiming.

### III Prisoner Status

I am a pretrial detainee, convicted and sentenced state prisoner.

### IV Statement of Claim

A. Not outside an institution.

B. Inside Allen County Jail starting 8/10/21 to current day (9/28/21).

C. 8/4/21 - 7:00 p.m.

D. On 8/4/21 - 7:00 p.m., I asked for a hospital. I was taken to P.B.H. Fort Wayne. I was treated for inquries. I told staff I was having an episode do to loss of home,

Family, and kids. I asked to be taken to the psychiatric unit at the hospital. I officer denied me and stated that Allen County Jail was equiped to deal with my psychosis. From the day I got to A.C.J. I have been tortured. Every block I have been on have witnessed what I go through. I have many forms of proof and evidence. While writting this complaint I have been placed in suicide watch to silence me and throw my legal work away by officer Davis (C1387) and erroniously placed in discipline by officer THBWE HTEE. My witness to this is Patrick Neal Cook #723340. Patrick is diagnosed with Huntington's desease. He too is being tortured in a suicide cell for fear of discipline. I have had many witnesses written down but my legal work and contacts have been taken. Please Help!

V Injuries

I sustained much psychological trauma. I suffered a great deal as well as my children and family. I needed and still need therapy and will need much more now. My children will need therapy as well. My children and I

will need medication especially myself will need a higher dose and this trauma will last a life time.

**VI Relief**

The relief I am asking for is $11 million and $1 million for any/each other person who has suffered. My children, family, and self, are asking for $1 million each because the damage will last a life time and cannot be undone.

**VII Exhaustion of Administrative Remedies Administrative Procedures**

A. Yes. Allen County Jail, Fort Wayne, IN. 8/4/21 thru 9/30/21 & continues.

B. Yes.

C. Yes. All the claim mentioned.

D. Yes.

E.
 1. Allen County Jail.

2. I claimed all the facts that were mentioned.
3. I had no results that benefitted me. Situation only got worse.
4. After the grievance process in some cases I tried involving the F.B.I. The grievance process is not yet complete because the acts do not stop. This is my last resort to stop the injustice at Allen County Jail.

F. Exhibits Attached

VIII  Previous Lawsuits
No I have not had a dismissal on the three strike rule.

A. NO

B. N/A

C. NO

D. N/A

IX  Certification and Closing

A. For Parties Without An Attorney

I agree to provide the clerks office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the clerk's office may result in the dismissal of my case.

Date of signing: 9/30/21

Signature of Plaintiff: *[signature]*

Printed name of plaintiff: Francisco Vazquez

Prison Identification # 793437

Prison Address: 417 S. Calhoun St.
Ft. Wayne, IN. 46802

*Krystal Pfiester [signature]*
9-30-2021

KRYSTAL PFIESTER, Notary Public
Allen County, State of Indiana
Commission Number NP0735047
My Commission Expires July 26, 2029